ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 11 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK TULLER, ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | FILE NO. _____ |
| ) | **1:07-CV-2503** |
| v. ) | |
| ) | |
| CITY OF DORAVILLE, GEORGIA, ) | |
| RAY JENKINS, MAYOR, JASON ) | |
| ANAVITARTE, ED LOWE, ) | |
| MARLENE HADDEN, DONNA ) | |
| PITTMAN, TOM HART and ) | |
| ROBERT SPANGLER, City Council ) | |
| Members, in their official capacities, ) | |
| STUART ANDERSON, Planning ) | |
| Commissioner, individually and in ) | |
| his official capacity, and CHUCK ) | |
| ENSLINGER, Code Enforcement ) | |
| Officer, individually and in his ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

COME NOW Defendants City of Doraville, Georgia; Ray Jenkins, Mayor; Jason Anavitarte, Ed Lowe, Marlene Hadden, Donna Pittman, Tom Hart, and Robert Spangler, City Council Members in their official capacities; Stuart Anderson, Planning Commissioner, in his official and individual capacities, and Chuck

Entsminger, Code Enforcement Officer, in his official and individual capacities, by and through counsel, and, pursuant to 28 U.S.C. § 1441 and § 1446, file this Notice of Removal within the time prescribed by law, by showing and stating the following:

1.

On September 5, 2007, Plaintiff filed his Petition for Writ of Certiorari, Complaint for Mandamus, Declaratory Judgment and Damages in the Superior Court of DeKalb County, which county is within the Atlanta Division of this Court. On September 13, 2007, Plaintiff filed his Amended Petition for Writ of Certiorari, Complaint for Mandamus, Declaratory Judgment and Damages in the Superior Court of DeKalb County, which county is within the Atlanta Division of this Court. The suit, which seeks relief under the Constitution of the United States and the Constitution of the State of Georgia, is styled above and numbered Civil Action File No. 07CV9407-6 in the Superior Court of DeKalb County.

2.

All process and pleadings served upon Defendants are attached hereto as Exhibit A.

3.

On September 17, 2007, Defendants City of Doraville, Georgia; Ray Jenkins;

Ed Lowe; Marlene Hadden; Donna Pittman; Tom Hart; Robert Spangler; Stuart Anderson; and Chuck Entsminger, all in their official capacities acknowledged service. To date, Defendants Stuart Anderson and Chuck Entsminger in their individual capacities have not yet been formally served, but on October 10, 2007, counsel for Defendants Stuart Anderson and Chuck Entsminger in their individual capacities acknowledged service. This Notice of Removal is being filed within thirty (30) days of the initial acknowledgment of service.

4.

Plaintiff's Petition asserts claims for a violation of Plaintiff's rights pursuant to the Fifth and Fourteenth Amendments of the Constitution of the United States and under 42 U.S.C. § 1983 and § 1985.

5.

Plaintiff's Petition therefore asserts claims over which the Court has original jurisdiction founded on a claim or right arising under the Constitution, Treaties or Laws of the United States. 28 U.S.C. § 1441 (b), § 1331, § 1343, and § 1443.

6.

Plaintiff's Petition also asserts claims under Georgia law. The Court has supplemental jurisdiction over these claims, because they arise out of the same facts

as Plaintiff's federal claims such that it forms part of the same case or controversy. 28 U.S.C. § 1367 (a).

7.

Defendants have given written notice of the filing of this Notice to Plaintiff and will likewise file a written notice with the Clerk of the Superior Court of DeKalb County. A copy of said notice is attached hereto as Exhibit B.

8.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, said Notice is well-grounded in fact; is warranted by existing law; and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this Notice of Removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia, and no further proceedings shall be held in said case in the Superior Court of DeKalb County.

This _11_ day of October, 2007.

                CAROTHERS & MITCHELL, LLC

                _____
                THOMAS M. MITCHELL
                Georgia Bar No. 513597
                Attorney for Defendants

278 West Main Street
Buford, Georgia 30518
(770) 932-3552